IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DIAS and EVELYN DIAS, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> NATIONWIDE LIFE INSURANCE ) <br> COMPANY, an Ohio corporation, and ) <br> DOES 1 through 10, ) <br> ) <br> Defendants. ) <br> _____) | 1:09-CV-524 AWI DLB <br><br> **ORDER RESETTING** <br> **HEARING TO MARCH 1, 2010** |

    Currently pending before this Court is Defendant's motion for summary judgment. The matter is set to be heard on February 16, 2010. The court has determined that it is necessary to reschedule the hearing on this matter. The Court will reset the hearing to March 1, 2010 at 1:30 p.m.

    Additionally, Defendant in reply states that a portion of Dias's opposition declaration is a "sham." Specifically, that Dias's deposition testimony that Dias believed that Harvey Stein was the Nationwide agent contradicts Dias's declaration (Dias declares that he believed Pena was the Nationwide agent). The Court will give Plaintiff an opportunity to reply to Defendants' objection.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 16, 2010, hearing is VACATED;

2. Plaintiff shall respond in writing to the objection that a portion of Dias's declaration is a sham on or by February 18, 2010;[1]

3. Defendant may file a response to Plaintiff's additional briefing on or by 3:00 p.m. on February 23, 2010; and

4. The hearing on Defendant's motion for summary judgment is RESET to March 1, 2010.

IT IS SO ORDERED.

Dated: **February 11, 2010**      /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff should also discuss what impact, if any, the deposition testimony has on his opposition, in addition to whether the declaration is a "sham."