IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DIAS and EVELYN DIAS, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> NATIONWIDE LIFE INSURANCE ) <br> COMPANY, an Ohio corporation, and ) <br> DOES 1 through 10, ) <br> ) <br> Defendants. ) | 1:09-CV-524 AWI DLB <br><br> ORDER VACATING <br> HEARING OF MARCH 1, 2010 <br> AND TAKING MATTER <br> UNDER SUBMISSION |

Currently pending before the Court is Defendant's motion for summary judgment. Hearing on this matter is set for Monday, March 1, 2010. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 1, 2010, is VACATED, and the parties shall not appear at that time. As of March 1, 2010, the Court will take the Defendants' motion for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 24, 2010                      /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE