1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                             EASTERN DISTRICT OF CALIFORNIA

8

9    **MELVIN DIAS and EVELYN DIAS,**        )    1:09-CV-524  AWI DLB
                                             )
10                          **Plaintiffs**,  )    **ORDER RESETTING PRE-**
          **v.**                             )    **TRIAL CONFERENCE TO**
11                                           )    **MARCH 30, 2010**
     **NATIONWIDE LIFE INSURANCE**           )
12   **COMPANY, an Ohio corporation, and**   )
     **DOES 1 through 10,**                   )
13                                           )
                            **Defendants.**  )
14   _____)

15

16
         Trial in this matter is currently set for May 18, 2010.  The pre-trial conference is currently
17
     set for March 19, 2010.  After reviewing the Court's schedule and the docket, the Court finds it
18
     necessary to move the pre-trial conference date.
19
         Accordingly, IT IS HEREBY ORDERED that the Pre-Trial Conference date of March 19,
20
     2010, is VACATED and the Pre-Trial Conference is RESET to March 30, 2010, at 9:00 a.m. in
21
     Courtroom No. 2.[1]
22

23
     IT IS SO ORDERED.
24
     **Dated:    March 9, 2010**          _____/s/ Anthony W. Ishii_____
25                                        CHIEF UNITED STATES DISTRICT JUDGE

26

27   _____

28       [1]Additionally, the Court expects the parties shall file a <u>joint</u> pre-trial statement.