**DYKEMA GOSSETT LLP**
JOHN L. VIOLA, SBN: 131407
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile:  (213) 457-1850
jviola@dykema.com

Attorneys for Defendant
NATIONWIDE LIFE INSURANCE COMPANY



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DIAS and EVELYN DIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE LIFE INSURANCE COMPANY, an Ohio corporation, and DOES 1 through 10,<br><br>Defendant. | Case No. 1:09-CV-00524-AWI-DLB<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL** |

Pursuant to the Stipulation of the parties filed April 1, 2010,

IT IS HEREBY ORDERED that the Pretrial Conference in this matter be and hereby is continued from April 9, 2010 at 8:30 a.m. to July 15, 2010 at 8:30 a.m. and that Trial in this matter be and hereby is continued from May 18, 2010 at 9:00 a.m. to August 31, 2010 at 9:00 a.m.

Dated: April 2, 2010           By: _____
                                     U.S. DISTRICT COURT JUDGE

PAS01\139372.1
ID\JLV - 101557/0017